ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman, State Bar No. 145124
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Defendant,
HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA MATA,<br><br>     Plaintiff,<br><br>vs.<br><br>HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION and DOES 1 through 20,<br><br>     Defendant. | CASE NO.: 1:07-CV-00760-LJO-DLB<br><br>**REQUEST AND STIPULATION TO CONTINUE EXPERT WITNESS DISCOVERY**<br><br>JUDGE: Lawrence J. O'Neill,<br>     U.S. District Judge |

   The parties to the above-entitled action do hereby request and stipulate to the continuance of certain expert witness discovery cutoff dates in this matter previously set by the November 6, 2007 Scheduling Conference Order (hereinafter "Scheduling Order").

   Pursuant to the Scheduling Order, any expert witness disclosures are required to be served by no later than April 15, 2008, and all supplemental expert witness disclosures are required to be served by no later than May 4, 2008.  Moreover, pursuant to the Scheduling Order, the Discovery Cutoff date (for both non-expert and expert discovery) is set for June 30, 2008.

///

The parties hereto stipulate to continue these dates as follows:

1. All expert witness disclosures to be served by no later than May 15, 2008.

2. All supplemental expert witness disclosures to be served by no later than June 4, 2008.

3. Discovery Cutoff date (for both non-expert and expert discovery) shall be July 31, 2008.

|  |  |
|---|---|
| Dated:  April _____, 2008 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
|  | By:    /s/William M. Woolman<br>Attorneys for Defendant<br>HERSHEY CHOCOLATE &<br>CONFECTIONERY CORPORATION |
| Dated:  April _____, 2008 | GLEASON AND CAMACHO |
|  | By:    /s/Timothy M. Camacho<br>Attorneys for Plaintiff<br>LUCIA MATA |

IT IS SO ORDERED.

Dated:  April 11, 2008        /s/ *Dennis L. Beck*
                               United States Magistrate Judge