# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA MATA, | CASE NO. CV F 07-760 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| HERSHEY CHOCOLATE & CONFECTIONARY CORP., | |
| Defendant. / | |

Plaintiff's counsel notified this Court that settlement has been reached in this action.  Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than September 29, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the September 3, 2008 summary judgment motion hearing, the September 25, 2008 pretrial conference, and the November 3, 2008 jury trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   August 28, 2008**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE