1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   LUCIA MATA,                          CASE NO. CV F 07-760 LJO DLB
12                    Plaintiff,          **ORDER TO DISMISS AND TO CLOSE ACTION**
13         vs.
14   HERSHEY CHOCOLATE & CONFECTIONERY CORP.,
15
16                    Defendant.
                                        /
17         Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:
18         1.      DISMISSES this entire action with prejudice; and
19         2.      DIRECTS the clerk to close this action.
20         IT IS SO ORDERED.
21   **Dated:    September 30, 2008            /s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

                                        1